UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAWANNA M. ROBERTS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A.,<br><br>    Defendant. | Case No.: 1:16-cv-04841-LGS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Tawanna M. Roberts, individually and on behalf of a proposed class of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on May 4, 2017 (Dkt. No. 41), which granted the Motion to Dismiss filed by Defendants Capital One, N.A., and which entered judgment in favor of those defendants (Dkt. No. 42).

Dated: June 2, 2017

Respectfully submitted,

/s/ Jeffrey Kaliel
Jeffrey Kaliel (*pro hac vice*)
Andrew Silver (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com
asilver@tzlegal.com

Laurie Rubinow
James E. Miller
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
lrubinow@sfmslaw.com
jmiller@sfmslaw.com

Jeffrey M. Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com

*Counsel for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2017, the foregoing Notice of Appeal was filed via the Court's CM/ECF system, thereby causing a true and correct copy to be served upon all ECF-registered parties.

/s/ Jeffrey K. Kaliel
Jeffrey K. Kaliel