```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  TAWANNA M. ROBERTS,                                       :
                                   Plaintiff,               :
                                                            :       16 Civ. 4841 (LGS)
                  -against-                                 :
                                                            :              ORDER
  CAPITAL ONE, N.A.,                                        :
                                   Defendant.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court held oral argument and delivered an oral ruling on the parties' cross-motions for summary judgment on June 25, 2019, at 12:00 p.m.  It is hereby

**ORDERED** that, for the reasons stated at the oral ruling, the parties' cross-motions for summary judgment are DENIED.  It is further

**ORDERED** that, by **July 9, 2019**, Plaintiff shall file its pre-motion letter for class certification.  By **July 23, 2019**, Defendant shall file its response letter.  The parties shall confer and jointly propose a briefing schedule.  The parties may re-file the letters they previously submitted or revise their letters as needed.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 96 and 105.

Dated:  June 25, 2019
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**