# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAWANNA ROBERTS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> CAPITAL ONE, N.A., <br><br> Defendant. | CASE No. 1:16-cv-04841-LGS |

### NOTICE OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Class Certification, and the Declaration of Jonathan Streisfeld (counsel for Plaintiff) attaching exhibits in support of the Motion, Plaintiff Tawanna Roberts will move the Court, before the Honorable Lorna G. Schofield, at the United States District Court for the Southern District of New York, located at 40 Centre Street, New York, NY 10007, on a date and time to be determined as soon as counsel may be heard, for an order granting Plaintiff's Motion for Class Certification, pursuant to Fed. R. Civ. P. 23.  Specifically, Plaintiff seeks an Order from the Court certifying a multistate breach of contract class and a New York Subclass for violation of GBL §349.

Dated:  September 13, 2019

*By: /s/ Jonathan Streisfeld*
Jonathan M. Streisfeld (*pro hac vice*)
Jeff Ostrow (*pro hac vice*)
Joshua R. Levine (*pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100

Jeffrey D. Kaliel (*pro hac vice*)
**KALIEL PLLC**
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C.  20009
(202) 350-4783
*jkaliel@kalielpll.com*
*sgold@kalielpllc.com*

1

Facsimile: 954-525-4300
*streisfeld@kolawyers.com*
*ostrow@kolawyers.com*

| | |
|---|---|
| Hassan A. Zavareei (*pro hac vice*) | Laurie Rubinow |
| Anna C. Haac (*pro hac vice*) | James E. Miller |
| **TYCKO & ZAVAREEI LLP** | **SHEPHERD, FINKELMAN, MILLER** |
| 1828 L Street, N.W., Suite 1000 | **& SHAH, LLP** |
| Washington, D.C. 20036 | 65 Main Street |
| Telephone: (202) 973-0900 | Chester, CT 06412 |
| Facsimile: (202) 973-0950 | Telephone: (860) 526-1100 |
| hzavareei@tzlegal.com | Facsimile: (866) 300-7367 |
| ahaac@tzlegal.com | lrubinow@sfmslaw.com |
| | jmiller@sfmslaw.com |

## CERTIFICATE OF SERVICE

I, Jonathan M. Streisfeld, hereby certify that on September 13, 2019, caused PLAINTIFF'S

MOTION FOR CLASS CERTIFICATION, with supporting memorandum of law, declaration, and

exhibits, to be served via CM/ECF and email on the following counsel of record:

| | |
|---|---|
| James R. McGuire (pro hac vice) | Jessica L. Kaufman |
| Sarah N. Davis (pro hac vice) | Tiffani B. Figueroa |
| Lauren Wroblewski (pro hac vice) | MORRISON & FOERSTER LLP |
| MORRISON & FOERSTER LLP | 250 West 55th Street |
| 425 Market Street | New York, New York 10019 |
| San Francisco, California | Telephone: (212) 468-8000 |
| Telephone: (415) 268-7000 | jkaufman@mofo.com |
| jmcguire@mofo.com | |
| sarahdavis@mofo.com | |
| lwroblewski@mofo.com | |

*Attorneys for Defendant Capital One, N.A.*

> */s/ Jonathan M. Streisfeld*
> Jonathan M. Streisfeld