USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAWANNA ROBERTS, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.

CAPITAL ONE, N.A.,

        Defendant.

CASE No. 1:16-cv-04841-LGS

## NOTICE OF SETTLEMENT

Plaintiff, Tawanna Roberts, and Defendant, Capital One, N.A., hereby notify the Court that as of October 25, 2019, they have reached an agreement in principle to resolve this matter on a class wide basis. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 45 days.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended, including the deadlines for briefing class certification set forth in the Court's October 21, 2019 Order (ECF No. 153), pending the filing of the proposed Settlement Agreement.

Application GRANTED. All deadlines are suspended. The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 136 and 145. The parties shall file their Motion for Preliminary Approval of the Settlement by **December 16, 2019**.

Dated: October 31, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2019

Respectfully submitted,

/s/ Jeff Ostrow
Jeff Ostrow (*pro hac vice*)
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Email: ostrow@kolawyers.com

*Attorneys for Plaintiff and the Proposed Settlement Class*

/s/ Jessica Kaufman
James R. McGuire (*pro hac vice*)
Sarah N. Davis (*pro hac vice*)
Lauren Erker (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California
Telephone: 415-268-7000
Email: jmcguire@mofo.com
Jessica Kaufman
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: 212-468-8000
Email: jkaufman@mofo.com

*Counsel for Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was also served that day electronically on:

>Jessica Kaufman
>MORRISON & FORESTER LLP
>250 West 55th Street
>New York, NY 10019
>Telephone: 212-468-8000
>Facsimile: 212-468-7900
>*jkaufman@mofo.com*
>
>James R. McGuire (*pro hac vice*)
>Sarah N. Davis (*pro hac vice*)
>Lauren Erker (*pro hac vice*)
>MORRISON & FORESTER LLP
>425 Market Street
>San Francisco, CA 94105
>Telephone: 415-268-7013
>Facsimile: 415-268-7522
>*jmcguire@mofo.com*
>*sarahdavis@mofo.com*
>*lerker@mofo.com*

/s/ Jeff Ostrow
Jeff Ostrow, Esq. (*pro hac vice*)
KOPELOWITZ OSTROW FERGUSON
WEISELEBERG GILERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Email: ostrow@kolawyers.com
Telephone: 954.332.4200
Facsimile: 954.525.4300