```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 12/17/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAWANNA ROBERTS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>CAPITAL ONE, N.A.,<br><br>Defendant. | CASE No. 1:16-cv-04841-LGS<br><br>The preliminary settlement approval hearing will be on **January 7, 2020, at noon, in Courtroom 110**, on the first floor of 40 Foley Square, Thurgood Marshall United States Courthouse.  The parties shall take note that the conference will not be in the Court's usual courtroom. SO ORDERED.<br><br>Dated: December 17, 2019<br>New York, New York<br><br>*/s/ Lorna G. Schofield*<br>**LORNA G. SCHOFIELD**<br>**UNITED STATES DISTRICT JUDGE** |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Settlement Agreement, proposed Postcard/Email Notice and Long Form Notice, and the Joint Declaration of Class Counsel, Plaintiff Tawanna Roberts will move the Court, before the Honorable Lorna G. Schofield, at the United States District Court for the Southern District of New York, located at 40 Foley Square Courtroom 1106, New York, NY 10007, on a date and time to be determined as soon as counsel may be heard, for an order granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated:  December 16, 2019

By: /s/ Jeff Ostrow
Jeff Ostrow (*pro hac vice*)
Jonathan M. Streisfeld (*pro hac vice*)
Joshua R. Levine (*pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300
*streisfeld@kolawyers.com*
*ostrow@kolawyers.com*

Jeffrey D. Kaliel (*pro hac vice*)
Sophia G. Gold (*pro hac vice*)
**KALIEL PLLC**
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C.  20009
(202) 350-4783
*jkaliel@kalielpll.com*
*sgold@kalielpllc.com*

Hassan A. Zavareei (*pro hac vice*)
Anna C. Haac (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
ahaac@tzlegal.com

Laurie Rubinow
James E. Miller
**SHEPHERD, FINKELMAN, MILLER**
**& SHAH, LLP**
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
lrubinow@sfmslaw.com
jmiller@sfmslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2019, the foregoing was filed via CM/ECF, which caused a true and correct copy to be served to all counsel of record.

Respectfully submitted,

By: /s/ Jeff Ostrow
       Jeff Ostrow