```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
TAWANNA M. ROBERTS,                           :
                         Plaintiff,           :
                                              :         16 Civ. 4841 (LGS)
         -against-                            :
                                              :         ORDER
CAPITAL ONE, N.A.,                            :
                         Defendant.           :
                                              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a preliminary settlement approval hearing is scheduled for January 7, 2020, at noon in Courtroom 110.  It is hereby

**ORDERED** that the January 7, 2020, 12:00 p.m. preliminary approval hearing will instead take place an hour earlier on **January 7, 2020, at <u>11:00 a.m.</u>, in Courtroom 1106, 40 Foley Square**.  The hearing no longer will take place in Courtroom 110.

Dated: January 3, 2020
       New York, New York

_____
          LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE