UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:  
TAWANNA M. ROBERTS, :
                               Plaintiff(s), :
:       16 Civ. 4841 (LGS)
       -against- :
:       ORDER
CAPITAL ONE, N.A., :
                            Defendant(s). :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Final Approval Hearing in this matter is scheduled for October 29, 2020, at 10:50 a.m. (Dkt. No. 176). It is hereby

      **ORDERED** that the Final Removal Hearing will be held remotely. If the parties wish to conduct the hearing via virtual videoconferencing technology, then they shall file a joint letter by **October 16, 2020**, setting forth the logistics of such technology. If the parties do not file such letter, the Final Approval Hearing will be held on the following conference call line: 888-363-4749, access code 558-3333.

Dated: October 13, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE