UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                      :
TAWANNA M. ROBERTS,                    :
                          Plaintiff(s),   :
                                       :        16 Civ. 4841 (LGS)
          -against-                         :
                                       :        <u>ORDER</u>
CAPITAL ONE, N.A.,                       :
                         Defendant(s). :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Final Approval Hearing in this matter is scheduled for October 29, 2020, at 10:50 a.m. (Dkt. No. 176). It is hereby

       **ORDERED** that the Final Approval Hearing is **adjourned** to **October 29, 2020 at 11:30 a.m.** The Final Approval Hearing will be conducted via remote videoconference as specified in Docket No. 192.

Dated: October 28, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**