UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
TAWANNA M. ROBERTS, :
                  Plaintiff(s), :
: 16 Civ. 4841 (LGS)
      -against- :
: <u>ORDER</u>
CAPITAL ONE, N.A., :
                  Defendant(s). :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties appeared for the Final Approval Hearing in this matter on October 29, 2020. It is hereby

    **ORDERED** that by **November 5, 2020**, Plaintiffs shall file:

(1) An updated chart accounting for all actual and proposed disbursements of the gross settlement amount, with a courtesy copy in Excel format emailed to Schofield_NYSDChambers@nysd.uscourts.gov.

(2) An updated proposed final approval order, with a courtesy copy in Word format emailed to Schofield_NYSDChambers@nysd.uscourts.gov.

(3) Any published empirical data demonstrating typical attorneys' fees as a percentage of class settlement for cases with comparable settlement amounts. It is further

    **ORDERED** that Plaintiffs shall direct the settlement administrator to notify the class members whose opt-out requests were rejected of the reasons for such rejections, as well as whether they are included in the class. Plaintiffs shall certify such notification is complete by **November 5, 2020**.

Dated: October 29, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE