UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    TAWANNA M. ROBERTS,

                       Plaintiff,

                                     16 Civ. 4841 (LGS)

            -against-

                                       ORDER

    CAPITAL ONE, N.A.,

                       Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the December 1, 2020, Order required the parties to file a joint letter providing a final accounting of the manner in which the Settlement Fund was distributed upon completion of the plan of distribution;

      WHERAS, over fourteen months have passed since the entry of the Order.  It is hereby

      **ORDERED** that, by **February 22, 2022**, the parties shall file either the joint letter providing a final accounting or a joint letter providing (1) an update on the status of the distribution and (2) a proposed deadline for filing the joint letter providing a final accounting.

Dated: February 15, 2022
       New York, New York

                                             LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE